UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO.: 2:24-cr-10-TPB-KCD

QUINTON PETE

**ORDER**

The Government has filed an unopposed motion to clarify this Court's detention order. (Doc. 29.) Defendant is currently facing charges in this district and is being held pending trial. (*See* Doc. 15.) When Defendant's charges arose, he was on a writ of habeas corpus from the Northen District of Florida that provided he should be returned to state custody when his federal proceedings there concluded. Since his case in the Northern District has ended, the "U.S. Marshals are now concerned about honoring the Northern District of Florida judge-signed writ—which required them to return [Defendant] to the warden of the Marion County Jail." (Doc. 28.)

The Court now clarifies its prior detention order (Doc. 15) to make clear that **Defendant is to remain in custody in the Middle District of Florida until after resolution of this pending matter**.

**ORDERED** on February 28, 2024.

Kyle C. Dudek
United States Magistrate Judge